*Friday, May 6, 1994*

## MOTION DOCKET

94–881. State ex rel. First Am. Title Ins. Co. v. Sage. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for preliminary injunction,

IT IS ORDERED by the court that the motion for preliminary injunction be, and the same is hereby, denied, effective May 5, 1994.

## MISCELLANEOUS DISMISSALS

93–2281. Resolution Trust Corp. v. J.B. Centron Dev. Co., Inc. *Lucas County,* No. L–92–206. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective May 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

93–2380. State v. Carr. *Franklin County,* No. 87AP–1006. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective May 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–183. College Station v. Knowles. *Lucas County,* No. L–93–060. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lucas County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–605. Kitchen Design Plus, Inc. v. Edmonds. *Ottawa County,* No. 93OT014. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Ottawa County to certify its record. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–649. State ex rel. Hayden v. Clerk(s) for the Court of Appeals for the Fourth Dist. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.